

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00406-CV

**IN THE INTEREST OF C.R.P.**, D.P.G., and E.F.L., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01880
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of A.G.G. is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED December 28, 2022.

_____
Rebeca C. Martinez, Chief Justice